IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cv-00082-FDW

| | |
|---|---|
| JESSE LEE KARRICK, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) **ORDER** </br> CHRISTOPHER NIVENS, ) </br> ) </br> Defendant. ) </br> _____ ) | |

**THIS MATTER** is before the Court on consideration of Plaintiff's pro se motion for summary judgment as to the claims raised in his complaint which he filed pursuant to 42 U.S.C. § 1983. The Court entered a Pretrial Order and Case Management Plan on May 19, 2016, (Doc. No. 26), and dispositive motions are due October 14, 2016. Based on the foregoing, the Court finds that the motion for summary judgment will be dismissed.

**IT IS, THEREFORE, ORDERED** that Plaintiff's pro se motion for summary judgment is **DISMISSED without prejudice**. (Doc. No. 23).

Frank D. Whitney
Chief United States District Judge