IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cv-00082-FDW

| | |
|---|---|
| JESSE LEE KARRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **ORDER** |
| CHRISTOPHER NIVENS, ) | |
| ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on its own motion following the expiration of the deadlines imposed by the Pretrial and Case Management Plan entered by the Court on May 19, 2016. (Doc. No. 26). The discovery deadline ended on September 16, 2016, and the deadline for dispositive motions has passed. Consistent with Rule 56(f) of the Federal Rules of Civil Procedure, the Court provides the parties with notice of its intention to consider summary judgment on the issues raised by the pleadings in this matter. The parties may have **14-days** from entry of this Order to file a motion for summary judgment, complete with a supporting memorandum, and the Court will thereafter enter an Order addressing the merits of the allegations raised in this matter.

**SO ORDERED**.

Signed: December 8, 2016

Frank D. Whitney
Chief United States District Judge