# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14-cv-82-FDW

| | |
|---|---|
| JESSE LEE KARRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| NORTH CAROLINA DEPARTMENT ) | |
| OF PUBLI SAFETY, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on its September 11, 2017, Order requiring Plaintiff to show cause why this action should not be dismissed for lack of prosecution. (Doc. No. 35). The Court warned Plaintiff that failing to respond by September 25, 2017, would result in this case's dismissal without prejudice. The Clerk docketed a Notice of Change of Address on September 18, 2017, (Doc. No. 36), and mailed Plaintiff a copy of the docket sheet and Order to his new address on September 20, 2017. Plaintiff has not filed a response to the Order to show cause and the time to do so has expired.

**IT IS, THEREFORE, ORDERED that:**

(1) This action is dismissed without prejudice for Plaintiff's failure to respond to this Court's order dated September 11, 2017.

(2) The Clerk of this Court is directed to terminate this action.

Signed: September 28, 2017

Frank D. Whitney
Chief United States District Judge