# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Jesse Lee Karrick, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:14-cv-00082-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| North Carolina Department of Public Safety<br>Christopher Nivens<br>Susan White<br>John Does<br>George Solomon<br>Jane Does 1-100<br>W. David Guice<br>Frank L. Perry, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 28, 2017 Order.

September 28, 2017

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court