UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cv-82-FDW

| | |
|---|---|
| JESSE LEE KARRICK, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court *sua sponte* concerning the trial date in this case. The trial on damages in this matter is set for **Wednesday, January 3, 2018**, at 9:00 AM in the Western District of North Carolina, Charlotte Courthouse, 401 W. Trade Street, Courtroom 1-1, Charlotte, North Carolina.

**IT IS SO ORDERED.**

Signed: December 5, 2017

Frank D. Whitney
Chief United States District Judge

1