UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cv-82-FDW

| | | |
|---|---|---|
| JESSE LEE KARRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO PRODUCE** |
| | ) | |
| NORTH CAROLINA DEPARTMENT | ) | |
| OF PUBLIC SAFETY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

**TO: U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina.**

**TO: Warden/Superintendent, Buncombe County Detention Facility, Asheville, North Carolina.**

**IT IS ORDERED** that the Warden/Superintendent of the Buncombe County Detention Facility, have the body of **Jesse Lee Karrick**, offender number 0897161, now incarcerated at the Buncombe County Detention Facility, under safe and secure conduct before the undersigned United States District Judge Frank D. Whitney of the United States District Court in and for the Western District of North Carolina, at the courtroom in the City of Charlotte, North Carolina, **FORTHWITH** (on or before January 3, 2018, at 9:00 AM), to be present for the trial in this matter that is currently scheduled to begin the Court's trial term beginning January 3, 2018. Mr. Karrick's trial is scheduled to begin at **9:00 AM on January 3, 2018**, in Courtroom 1-1 of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina 28202.

Because Mr. Karrick is not in federal custody for these proceedings, the United States

1

Marshals Service shall not be responsible for accompanying Mr. Karrick while he is in the courthouse. The Warden/Superintendent shall be responsible for having sufficient state law enforcement officers to be present at all times and responsible for maintaining custody of, and ensure safe and secure conduct by, Mr. Karrick for the duration of the trial in this matter.

**IT IS THEREFORE ORDERED** that the Warden/Superintendent at the Buncombe County Detention Facility must transport Plaintiff so he is present for trial to begin on Wednesday, January 3, 2018, at 9:00 AM, and then return him to the Buncombe County Detention Facility at the conclusion of trial

**IT IS FURTHER ORDERED** that the Clerk's Office is respectfully directed to send a copy of this Order to all parties, the Warden/Superintendent of the Buncombe County Detention Facility, and Sergeant Ray at the Buncombe County Detention Facility, 20 Davidson Drive, Asheville, North Carolina, 28801.

**IT IS SO ORDERED.**

Signed: December 5, 2017

Frank D. Whitney
Chief United States District Judge