# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Jesse Lee Karrick, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:14-cv-00082-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Christopher Nivens y, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court at trial and a jury verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's January 3, 2018 Verdict.

January 4, 2018

_____
Frank G. Johns, Clerk
United States District Court