# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14-cv-82-FDW

| | |
|---|---|
| JESSE LEE KARRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **NOTICE OF HEARING** |
| ) | |
| NORTH CAROLINA DEPARTMENT ) | |
| OF PUBLIC SAFETY, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Defendant Christopher Nivens' Motion for a hearing to designate exempt property, (Doc. No. 59). Defendant's Motion for a hearing has been granted, and the matter has been referred by the Clerk of Court to Erin Kinney McLachlan to conduct a hearing.

**TAKE NOTICE** that a hearing shall take place before the designated Hearing Officer on **Thursday, July 26, 2018, at 11:00 AM** in Courtroom 1 of the **Asheville Courthouse** located at 100 Otis Street, Asheville NC.

Defendant Nivens is directed to file with the Clerk an inventory or list of property and/or assets and the respective value for all such property/assets whose value is $1,000.00 or greater. Defendant Nivens shall file and serve this inventory or property list by **July 6, 2018**. Further, Defendant Nivens is to clearly identify the assets/property and their value which he seeks to exempt from judgment. Defendant Nivens shall also file and serve this list by **July 6, 2018**.

Plaintiff shall file any responsive pleading to Defendant's submissions by **July 13, 2018.**

Defendant will be permitted to file a detailed reply by **5:00 PM, Friday, July 20, 2018.**

1

**IT IS THEREFORE ORDERED** that the hearing on Defendant Nivens' Motion for a hearing to designate exemptions, (Doc. No. 59), shall take place on **Thursday, July 26, 2018, at 11:00 AM**. The parties shall take note of the other deadlines for submissions to the Court as set forth in this Order.

Signed: June 26, 2018

Frank G. Johns, Clerk
United States District Court