UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cv-82-FDW

| | |
|---|---|
| JESSE LEE KARRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **DESIGNATION OF HEARING OFFICER** |
| ) | |
| NORTH CAROLINA DEPARTMENT ) | |
| OF PUBLIC SAFETY, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Clerk of Court for the purpose of designating a Hearing Officer to conduct the exemption hearing that has been granted on the Motion of Defendant Christopher Nivens. See (Doc. No. 61).

Attorney Erin Kinney McLachlan, *Pro Se* Law Clerk with the United States District Court for the Western District of North Carolina, is hereby appointed by the Clerk to conduct the exemption hearing in this matter.

**IT SO ORDERED.**

Signed: June 26, 2018

_____
Frank G. Johns, Clerk
United States District Court

1